1  MCGREGOR W. SCOTT
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700



**FILED**

JUN 30 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEALED | ) NO. |
| | ) |
| | ) **UNDER SEAL** |
| | ) |

2:08-mj-0229 KJM

## SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the attached documents in the above-captioned matter be and are hereby ordered SEALED until further order of this Court.

Dated: June 27, 2008

_____
HONORABLE KIMBERLY J. MUELLER
United States Magistrate Judge