1  McGREGOR W. SCOTT
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700



8         IN THE UNITED STATES DISTRICT COURT
9         FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,    )
                                )  MAG. NO. 08-MJ-229 KJM
12         Plaintiff,            )
                                )  APPLICATION AND ORDER
13    v.                         )  FOR UNSEALING COMPLAINT
                                )
14 RISHI SANWAL,                 )
                                )
15         Defendant.            )
   _____)

On June 30, 2008, a complaint was filed in the above-referenced case.  Since defendant RISHI SANWAL has now been arrested, it is no longer necessary for the complaint to be sealed.  The government respectfully requests that the complaint and attached affidavit be unsealed.

DATED: July 1, 2008            McGREGOR W. SCOTT
                               United States Attorney

                               By: /s/ Kyle Reardon
                               KYLE REARDON
                               Assistant U.S. Attorney

1

1
2  IT IS SO ORDERED:
3  DATED: 7-1-08

**ORDER**

EDMUND F. BRENNAN
United States Magistrate Judge