```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-CR-330 EJG |
| ) | 2:08-MJ-229 KJM |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER VACATING |
| ) | PRELIMINARY HEARING AND SETTING |
| RISHI SANWAL, ) | ARRAIGNMENT & DETENTION |
| ) | HEARINGS |
| Defendant. ) | |
| ) | Time: 9:00 a.m. |
| | Date: Wednesday, July 23, 2008 |
| | Court: Hon. Edmund F. Brennan |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kyle Reardon, counsel for the plaintiff, and Robert Blasier, Esq., counsel for defendant RISHI SANWAL, that good cause exists to continue the preliminary hearing currently set for Wednesday, July 23, 2008, at 2:00 p.m., until Monday, August 4, 2008, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d).  This is the second request by the parties for an extension of time for the preliminary hearing.

   Good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d).  Defense counsel was

1  brought into this case after the defendant's initial appearance.
2  Since that time, defense counsel has been unable to devote his
3  full attention to this matter and will be unable to be present at
4  the originally scheduled preliminary hearing date of July 23,
5  2008, because of a death in the family.
6       In addition, for the reasons set forth above, the parties
7  also stipulate that good cause exists to continue the detention
8  hearing set for Wednesday, July 23, 2008, at 2:00 p.m., until
9  Monday, August 4, 2008, at 2:00 p.m., pursuant to 18 U.S.C. §
10 3142(f)(2).  At his initial appearance, the defendant was
11 temporarily detained pursuant to the Speedy Trial Act.  *Id.*  The
12 parties stipulate to the defendant's continued temporary
13 detention under 18 U.S.C. § 3142(f)(2) until the next requested
14 hearing date of August 4, 2008.  The parties ask that the Court
15 issue a finding as to detention in this matter on that date.

                Respectfully Submitted,

                McGREGOR W. SCOTT
                United States Attorney

DATED: July 21, 2008    By: */s/ Kyle Reardon*
                KYLE REARDON
                Assistant U.S. Attorney


DATED: June 21, 2008    By: */s/ Kyle Reardon* for
                ROBERT BLASIER
                Attorney for the Defendant

**<u>ORDER</u>**

The defendant having been indicted, the preliminary hearing previously set for Wednesday, July 23, 2008, at 2:00 p.m., in Case No. 2:08-MJ-229 KJM is VACATED.

The arraignment on the Indictment in Case No. 2:08-CR-330 EJG is SET for Monday, August 4, 2008, at 2:00 p.m.

In addition, the detention hearing set for Wednesday, July 23, 2008, at 2:00 p.m., is continued until Monday, August 4, 2008, at 2:00 p.m., pursuant to 18 U.S.C. § 3142(f)(2).

Good cause exists to continue the detention hearing pursuant to 18 U.S.C. § 3142(f)(2) because of defense counsel's need to prepare and unavailability.

IT IS SO ORDERED.

DATED: July 22, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3