McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-08-0330 EJG |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| RISHI SANWAL, ) | Time: 10:00 a.m. |
| ) | Date: December 12, 2008 |
| Defendant. ) | Court: Hon. Edward J. Garcia |
| ) | |

    The parties request that the status conference currently set for Friday, December 12, 2008, at 10:00 a.m., be continued to Friday, December 19, 2008, at 10:00 a.m., and stipulate that the time beginning December 12, 2008, and extending through December 19, 2008, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

    Defense counsel has informed the government of a personal emergency involving the grave illness of a family member that has prevented him from devoting the time necessary to prepare for this case. In addition, the personal emergency will prevent defense counsel from being able to attend the status conference

1

1  on December 12, 2008.
2       Accordingly, the parties believe that the continuance should
3  be excluded from the calculation of time under the Speedy Trial
4  Act.  The additional time is necessary to ensure effective
5  preparation, taking into account the exercise of due diligence,
6  as well as the continuity of defense counsel.  18 U.S.C. §
7  3161(h)(8)(B)(iv); Local Code T4.  The interests of justice
8  served by granting this continuance outweigh the best interests
9  of the public and the defendant in a speedy trial.  18 U.S.C. §
10 3161(h)(8)(A).

11  DATED: December 8, 2008           Respectfully Submitted,
12                                    McGREGOR W. SCOTT
13                                    United States Attorney
14
15                              By:   /s/ Kyle Reardon
16                                    KYLE REARDON
                                      Assistant U.S. Attorney
17
18
19  DATED: December 8, 2008     By:   /s/ Kyle Reardon for
20                                    JEFFREY S. KRAVITZ
                                      Attorney for the Defendant

**<u>ORDER</u>**

The status conference in case number S-08-0330 EJG, currently set for December 12, 2008, at 10:00 a.m., is continued to December 19, 2008, at 10:00 a.m., and the time beginning December 12, 2008, and extending through December 19, 2008, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

IT IS SO ORDERED.

DATED: December 10, 2008          /s/ Edward J. Garcia
                                  EDWARD J. GARCIA
                                  United States District Judge