```
McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
MATTHEW SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | CR. S-08-0330 EJG |
| )                                    Plaintiff,                  ) | |
| ) | AMENDED STIPULATION AND ORDER |
| v.                                      ) | CONTINUING STATUS CONFERENCE |
| ) | |
| RISHI SANWAL,                        ) | Time: 10:00 a.m. |
| ) | Date: December 12, 2008 |
| Defendant.                 ) | Court: Hon. Edward J. Garcia |

The parties request that the status conference currently set for Friday, December 12, 2008, at 10:00 a.m., be continued to Friday, December 19, 2008, at 10:00 a.m., and stipulate that the time beginning December 12, 2008, and extending through December 19, 2008, should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

Defense counsel has informed the government of a personal emergency involving the grave illness of a family member that has prevented him from devoting the time necessary to prepare for this case.  In addition, the personal emergency will prevent defense counsel from being able to attend the status conference

1

1 on December 12, 2008.

2  In addition, on December 7, 2008, the defendant filed an <u>ex
3 parte</u> application for a subpoena pursuant to Fed. R. Crim. P.
4 17(c).  The government filed a motion in opposition to this
5 application on December 8, 2008, and has requested that the Court
6 not grant the defendant's application until the Government has an
7 opportunity to further brief this issue.  The parties will appear
8 before the Court on December 19, 2008, in order to provide a
9 status of the case in light of these filings to include a
10 briefing schedule.  The parties will not be seeking a trial date
11 at the next appearance.

12  Accordingly, the parties believe that the continuance should
13 be excluded from the calculation of time under the Speedy Trial
14 Act.  The additional time is necessary to ensure effective
15 preparation, taking into account the exercise of due diligence,
16 as well as the continuity of defense counsel.  18 U.S.C. §
17 3161(h)(8)(B)(iv); Local Code T4.  The interests of justice
18 served by granting this continuance outweigh the best interests
19 of the public and the defendant in a speedy trial.  18 U.S.C. §
20 3161(h)(8)(A).

21 DATED: December 10, 2008         Respectfully Submitted,

22                                  McGREGOR W. SCOTT
23                                  United States Attorney

24                             By:  */s/ Kyle Reardon*
                                    KYLE REARDON
25                                  Assistant U.S. Attorney

26

27 DATED: December 10, 2008    By:  */s/ Kyle Reardon* for
                                    JEFFREY S. KRAVITZ
28                                  Attorney for the Defendant

2

**ORDER**

The status conference in case number S-08-0330 EJG, currently set for December 12, 2008, at 10:00 a.m., is continued to December 19, 2008, at 10:00 a.m., and the time beginning December 12, 2008, and extending through December 19, 2008, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

At the December 19, 2008 status conference, the parties will provide the Court with a briefing schedule on the issue of the defendant's ex parte application for a subpoena pursuant to Fed. R. Crim. P. filed on December 7, 2008.

IT IS SO ORDERED.

DATED: December 12, 2008        /s/ Edward J. Garcia
                                EDWARD J. GARCIA
                                United States District Judge