Jeffrey S. Kravitz  (SBN 186209)
KRAVITZ LAW OFFICE
2310 J. Street, Suite A
Sacramento, CA 95816
Ph:  916-553-4072
Fax: 916-553-4074

Attorney for Defendant
RISHI SANWAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br><br>RISHI SANWAL<br><br>      Defendant, | Case No.: 2:08-cr-00330- EJG<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE BRIEF<br>AND ORDER THEREON |

Whereas, attorney for Defendant Rishi Sanwal, must leave the Sacramento region for a pending case on January 29, 2008:

Defendant Rishi Sanwal by and through his attorney of record, Jeff Kravitz, and Plaintiff , USA by and through, AUSA Kyle Reardon, hereby stipulate that Mr. Kravitz may file his response to the USA's Opposition to the Subpoena Request on Monday February 2, 2009 instead of the currently set date of January 30, 2009. The Hearing Date shall remain February 6, 2009.

Respectfully submitted and agreed to by:

Dated: January 28, 2009,            By: /s/ Jeff Kravitz

                                                       Jeff Kravitz

                                                  By: /s/ Kyle Reardon

                                                      Kyle Reardon

IT IS SO ORDERED this 29th day of January, 2009.  /s/ Edward J. Garcia, Judge

_____
Ex Parte                                - 1 -