```
LAWRENCE G. BROWN
Acting United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>RISHI SANWAL,<br><br>           Defendant.<br>_____ | 2:08-CR-330 EJG<br><br>STIPULATION and ORDER<br>TO SEAL DOCUMENT |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kyle Reardon, counsel for the plaintiff, and Jeffrey Kravitz, Esq., counsel for the defendant, that the order of the Court dated February 12, 2009, shall be placed under seal.

　　　The defendant initially filed a redacted copy of his proposed order and the attached subpoenas for the court's consideration on February 11, 2009.  A hard copy order containing the victim's full name was delivered to the court as well.  It was the intent of the parties that the redacted order would be filed and the hard copy provided to defense counsel for service upon the subpoenaed agencies.  Such a system was necessary in order to protect the privacy of the victim while allowing full compliance by the

1 subpoenaed parties.
2     On February 13, 2009, the court issued its order through ECF.
3 C.R. 41.  The caption for that filing, as well as the attached
4 documents identified the victim by her name.  The parties request
5 deletion of the caption and the sealing of the documents in C.R. 41
6 in order to protect the privacy of a juvenile victim identified in
7 the court's order and the attached subpoenas.

                                        Respectfully Submitted,

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

Dated: February 13, 2009                /s/ Kyle Reardon
                                        KYLE REARDON
                                        Assistant U.S. Attorney


Dated: February 13, 2009                /s/ Kyle Reardon for
                                        JEFFREY KRAVITZ
                                        Counsel for the defendant

**SEALING ORDER**

Upon stipulation of the parties and good cause having been shown,

IT IS HEREBY ORDERED that the court's order dated February 12, 2009, and identified in ECF as C.R. 41 is hereby ordered SEALED until further order of this Court.

Dated: February 17, 2009

/s/ Edward J. Garcia
HONORABLE EDWARD J. GARCIA
United States District Judge