

**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, PROPOSED ORDER**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA
Plaintiff(s),

Case No. 2-08-CR-330

v.

RISHI SANWAL
Defendant(s).



FILED
FEB 20 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

I, __KELI BRANCH LUTHER__

attorney for __VICKI ZITO, mother of a minor crime victim__,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

Firm Name:  __CRIME VICTIM ENFORCEMENT PROJECT__

Address:    __1850 N. CENTRAL AVE. STE. 1440__

City:  __PHOENIX__

State:  __AZ__          ZIP Code:  __85004__

Voice Phone:  __(602) 416.6780__

FAX Phone:  __(602) 416.6786__

Internet E-mail:
    __kluther@voiceforvictims.org__

Additional E-mail: pwedra@voiceforvictims.org
(paralegal)

I reside in City: Scottsdale   State: AZ

I was admitted to practice in the ARIZONA SUPREME COURT
(court)

on December 16, 2002 _____ (date). I am presently in good standing and

eligible to practice in said court. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: George P. Ritter

Firm Name: Attorney at Law

Address: P.O. Box 947

City: Folsom

State: CA   ZIP Code: 95763

Voice Phone: (916) 983-4043

FAX Phone: (916) 983-4178

E-mail: geopierom@aol.com

Dated: February 19, 2009   Petitioner: /s/ Keli Luther

**ORDER**

IT IS SO ORDERED.

Dated: 2/20/09

JUDGE, U.S. DISTRICT COURT