IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.                             CR. NO. 2:08-cr-0330

RISHI SANWAL,                ORDER DENYING REQUEST FOR STAY
OF SUBPOENAS; GRANTING ACCESS
        Defendant.         TO SEALED ORDER
_____/
VICKI ZITO ON BEHALF OF
MINOR CRIME VICTIM.
_____/

     The court has received a "Motion for Expedited Ruling to Stay Order Permitting Issuance of Subpoena of Minor Crime Victim's Records [and] Access to Sealed Order," filed February 23, 2009.  The request for an expedited ruling and for a stay of the court's order is denied as MOOT, the order having issued February 12, 2009. The request for access to the sealed order is GRANTED.  A copy of the order, as well as the sealing order, will be sent, along with the instant order, to Kelli Luther, attorney for Vicki Zito, representative of the minor, pursuant to 18

1

U.S.C. § 3771.  The court notes that the crime victim is no longer a minor, thus raising the question of why she needs a representative, in addition to her attorney, advocating on her behalf.

    IT IS SO ORDERED.

Dated: February 24, 2009

                              /s/ Edward J. Garcia
                              EDWARD J. GARCIA, JUDGE
                              UNITED STATES DISTRICT COURT