**FILED**

APR 8 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RISHI SANWAL

    Defendant.

Case No.: 2:08-cr-00330- EJG

**ORDER**

---

### ORDER

The Court is ordering disclosure of certain confidential information from the juvenile record of a victim ("the Protected Information").

The Protected Information must be maintained confidentially throughout the proceedings in this criminal action and thereafter;

A protective order is proper to prohibit disclosure of the Protected Information except to the attorneys for the parties and to their agents;

The Protected Information may not be copied or in any other way disseminated to any person other than the defendant's attorney, the attorneys for the United States, an investigator retained by a party or attorney of record for the purpose of preparing for the defense of the case, and law enforcement investigators.

STIPULATION FOR PROTECTIVE ORDER AND PROTECTIVE ORDER

1    Only the attorneys may disseminate or copy Protected Information. Persons who

2    receive Protected Information from attorneys may not copy or disseminate it in any way.

3    If Protected Information is copied or disseminated, it must be accompanied by a copy of

4    this Protective Order. Any person copying or disseminating the Protected Information

5    shall maintain a list of the persons to whom the Protected Information is given, and note

6    what Protected Information has been provided and note that it was proved along with a

7    copy of this Order.

8    The Protected Information shall be maintained only in a secured manner to ensure

9    the continued confidentiality of the records.

10

11   As requested by the Court drafted by:

12

13   Dated: 3/23/2009

14   /s/Jeff Kravitz

15   Jeff Kravitz
     Attorney for Defendant

16

17   Approved as to Form:

18   Dated: /3/23/2009          Dated: /3/26/2009

19

20   /s/ Matt Segal                /s/ Keli Luther
     Matt Segal                    Keli Luther
21   AUSA                          Attorney for Crime victim

22

23        IT IS SO ORDERED:

24

25

26   Dated: 4/8/09          By: _____

27                               Hon. Edward J. Garcia
                                 United States District Court Judge
28        STIPULATION FOR PROTECTIVE ORDER AND PROTECTIVE ORDER