**FILED**
APR 8 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RISHI SANWAL<br><br>Defendant, | Case No.: 2:08-cr-00330- EJG<br><br>ORDER |

### ORDER

Upon stipulation of the parties and the Crime Victim, this Court is vacating the stay of this Court's March 20, 2009 Order Re. Subpoenaed Records.

STIPULATION VACATING STAY ORDER

| | |
|---|---|
| 1 | As requested by the Court drafted by: |
| 2 | Dated: 3/27/2009 |
| 3 | /s/Keli Luther |
| 4 | Keli Luther |
| 5 | Attorney for Crime Victim |
| 6 | Approved as to Form: |
| 7 | Dated: /3/27/2009 |
| 8 | |
| 9 | /s/ Matt Segal |
| 10 | Matthew Segal |
| | AUSA |
| 11 | |
| 12 | /s/ Jeffrey Kravitz |
| | Jeffrey Kravitz |
| 13 | Attorney for Defendant |
| 14 | IT IS SO ORDERED: |
| 15 | |
| 16 | Dated: 4/9/09            By: [signature] |
| 17 | |
| 18 | Hon. Edward J. Garcia |
| | United States District Court Judge |

STIPULATION VACATING STAY ORDER