```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KYLE REARDON
    MATTHEW SEGAL
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California  95814
    Telephone: (916) 554-2700
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) CR. S-08-0330 EJG
                                 )
12            Plaintiff,         )
                                 ) STIPULATION AND ORDER
13       v.                      ) CONTINUING STATUS CONFERENCE
                                 )
14  RISHI SANWAL,                ) Time: 10:00 a.m.
                                 ) Date: May 1, 2009
15            Defendant.         ) Court: Hon. Edward J. Garcia
                                 )
16  ─────────────────────────────
17
```

18    The parties request that the status conference currently set
19 for Friday, May 1, 2009, at 10:00 a.m., be continued to Friday,
20 May 8, 2009, at 10:00 a.m., and stipulate that the time beginning
21 May 1, 2009, and extending through May 8, 2009, should be
22 excluded from the calculation of time under the Speedy Trial Act.
23 18 U.S.C. § 3161.
24    This continuance is necessary to allow both parties
25 additional time to prepare.
26    Accordingly, the parties believe that the continuance should
27 be excluded from the calculation of time under the Speedy Trial
28 Act.  The additional time is necessary to ensure effective

                                 1

preparation, taking into account the exercise of due diligence, as well as the continuity of defense counsel. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

DATED: April 30, 2009          Respectfully Submitted,

                               LAWRENCE G. BROWN
                               Acting United States Attorney

                          By:  /s/ Kyle Reardon
                               KYLE REARDON
                               Assistant U.S. Attorney

DATED: April 30, 2009     By:  /s/ Kyle Reardon for
                               JEFFREY S. KRAVITZ
                               Attorney for the Defendant

---

**ORDER**

The status conference in case number S-08-0330 EJG, currently set for May 1, 2009, at 10:00 a.m., is continued to May 8, 2009, at 10:00 a.m., and the time beginning May 1, 2009, and extending through May 8, 2009, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

IT IS SO ORDERED.


DATED: April 30, 2009          /s/ Edward J. Garcia
                               EDWARD J. GARCIA
                               United States District Judge