UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

FILED
JUL 28 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: Rishi SANWAL
Docket Number: 2:08CR00330-01
**CONTINUANCE OF JUDGMENT AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from August 21, 2009 to September 11, 2009 at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Probation officer is awaiting additional information from the victim and defense counsel

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

*Brenda Barron-Harrell*

BRENDA BARRON-HARRELL
United States Probation Officer

REVIEWED BY: *Linda Alger*

LINDA L. ALGER
Supervising United States Probation Officer

Dated:  July 16, 2009
        Sacramento, California
        BBH:sc

Attachment

1

Rev. 08/2007
CONTINUANCE - TO JUDGE (EJG).MRG

**RE:   Rishi SANWAL**
   Docket Number:   2:08CR00330-01
   <u>**CONTINUANCE OF JUDGMENT AND SENTENCING**</u>

cc:   Clerk, United States District Court
   United States Attorney's Office
   United States Marshal's Office
   Federal Defender (If defense counsel is court-appointed)
   Probation Office Calendar clerk

__✓__ **Approved**             _/s/ Edward J. Garcia_                       **7/27/09**
                     **EDWARD J. GARCIA**
                     **Senior United States District Judge**            **Date**

____ **Disapproved**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number: 2:08CR00330-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| **RISHI SANWAL** | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 09/11/2009 @10:00 a.m. |
| Reply or Statement of Non-Opposition | 09/04/2009 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 08/28/2009 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 08/21/2009 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 08/14/2009 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 07/31/2009 |

Rev. 08/2007
CONTINUANCE ~ TO JUDGE (EJG).MRG