WILLIAM J. PORTANOVA, State Bar No. 106193
PORTANOVA & ASSOCIATES
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
WJP@Portanova.com

Attorney for Defendant
RISHI SANWAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RISHI SANWAL,<br><br>Defendant. | CASE No. 2:08-CR-00330-WBS<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING**<br><br>DATE: February 8, 2021<br>TIME: 9:00 AM<br>JUDGE: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Denise N. Yasinow, Assistant United States Attorney, counsel for the United States, and William J. Portanova, counsel for Rishi Sanwal, that the admit/deny hearing scheduled for February 8, 2021 should be vacated and continued to March 15, 2021 at 9:00 a.m.

The parties desire additional time to conduct investigation. Mr. Sanwal is out of custody and in compliance with his conditions of release. Because the pending petition alleges a violation of the conditions of supervised release, the provisions of the Speedy Trial Act do not apply.

///

///

///

///

STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING    1

Respectfully submitted,

DATED: February 3, 2021 　　　　　 */s/ William J. Portanova*_____
WILLIAM J. PORTANOVA
Attorney for Defendant
RISHI SANWAL


DATED: February 3, 2021 　　　　　 MCGREGOR W. SCOTT
United States Attorney


　　　　　　　　　　　　　　　　　　　 */s/ Denise N. Yasinow*_____
DENISE N. YASINOW
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

STIPULATION AND ORDER TO CONTINUE
ADMIT/DENY HEARING 　　　　　　　　2

## **ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Mr. Sanwal's admit/deny hearing set for February 8, 2021 is hereby continued to March 15, 2021, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  February 5, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE